UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MONTE FREIRE | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A) (i)** |
| Plaintiff | |
| vs. | Case No: 3:13-cv-01677(RNC) |
| INDEMNITY INSURANCE CORPORATION, RRG, ET AL | |
| Defendants | |
| | APRIL 4, 2014 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the Plaintiff, Monte Freire and or his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

THE PLAINTIFF, MONTE FREIRE

By_____/s/_____
Timothy Pothin
Federal Bar No: ct02744
STRATTON FAXON
59 Elm Street
New Haven, Connecticut 06510
Telephone No: (203)624-9500
Fax No: (203) 624-9100
tpothin@strattonfaxon.com

## CERTIFICATION

I hereby certify that on April 2, 2014 the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Timothy Pothin